IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA ex rel. )
ANTHONY DINGUS (#R-44941), )
　　　　　　　　　　　　　　　　　　　　 )
　　　　　　　　Petitioner, )
　　　　　　　　　　　　　　　　　　　　 )
　　v. ) Case No. 16 C 1875
　　　　　　　　　　　　　　　　　　　　 )
KIMBERLY BUTLER, Warden, et al., )
　　　　　　　　　　　　　　　　　　　　 )
　　　　　　　　Respondents. )

## MEMORANDUM ORDER

Less than a week after Anthony Dingus ("Dingus") filed his self-prepared Petition for Writ of Habeas Corpus ("Petition") seeking relief from his conviction on two counts of first degree murder and the 50-year custodial sentence imposed as a result of that conviction, this Court issued a brief memorandum order in compliance with Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts ("Section 2254 Rules") by ordering respondent Warden Kimberly Butler to file an answer or motion directed to the Petition. Respondent's Answer has been timely filed, coupled with a seven-inch-thick set of 22 exhibits -- the relevant portions of the record of Dingus' state court proceedings.

Each of Dingus' 13 numbered grounds for relief has been dealt with in detail in the Answer, which asserts that all are procedurally defaulted under established habeas jurisprudence. Because nonlawyer Dingus is obviously incapable of addressing those issues himself and he has initially filed a self-prepared Motion for Appointment of Counsel, this Court (1) determines that the interests of justice require the provision of legal representation to Dingus under 18 U.S.C.

§ 3006A(a)(2)(B), (2) requests this District Court's Federal Defender Program to designate one of its staff attorneys or a panel member to provide such representation and (3) orders the designated counsel to file a Reply to the Answer on or before May 16, 2016 (see Section 2254 Rule 5(e)).

One preliminary matter must be satisfied by Dingus in the last respect: the presentation of a filing that confirms his financial inability to retain counsel.[1] This Court is accordingly transmitting to Dingus three copies of the Clerk's-Office-supplied form of In Forma Pauperis Application ("Application"), so that Dingus can complete and promptly submit to the Clerk's Office two signed counterparts of the Application (coupled with a directive identifying this action and its case number, 16 C 1875).

_____
Milton I. Shadur
Senior United States District Judge

Date: April 11, 2016

---

[1] Dingus' failure to do so posed no problem in conjunction with his initial filing of the Petition, which required only a $5 fee.