**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** ex rel. **ANTHONY DINGUS** (#R-44941), | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Case No. 16 C 1875 |
| **KIMBERLY BUTLER**, Warden, | ) ) | |
| Respondent. | ) | |

## **MEMORANDUM ORDER**

In another instance of the serendipity occasionally encountered in cases on this Court's calendar, its April 27, 2016 memorandum order transmitting to Anthony Dingus ("Dingus") a new set of In Forma Pauperis Application ("Application") forms to enable this Court to obtain legal representation for him actually crossed in the mails with the April 28, 2016 receipt in the Clerk's Office of just such an Application dated April 18 and bearing Dingus' signature. This Court immediately determined that it would grant the Application solely in conjunction with Dingus' pending Motion for Appointment of Counsel (Dkt. No. 4),[1] and it requested the designation of a member of the Federal Defender Panel to represent Dingus.

Unfortunately it took longer than anticipated to obtain a Panel member with substantial experience in Section 2254 proceedings (as the Panel's name suggests, its members' principal activity is in the defense of criminal charges in the first instance), so that the request has been

---

[1] Because the filing fee for Dingus' 28 U.S.C. § 2254 ("Section 2254") petition is just $5 and has been paid by Dingus, the Application (Dkt. No. 14) is not treated as having sought in forma pauperis treatment in the usual sense, but it is granted in the limited sense described in the text.

pending for some time. Now, however, this Court has been advised that the following member of that Panel is available to represent Dingus in this action:

>John M. Beal, Esq.
>53 West Jackson Boulevard
>Suite 1615
>Chicago, Illinois  60604
>Phone:  312-408-2766
>E-mail:  johnmbeal@att.net.

Accordingly attorney Beal is now designated to serve in that capacity, and it is expected that he will shortly apprise Dingus, defense counsel and this Court as to when the Reply to respondent's Answer (see Rule 5(d) of the Rules Governing Section 2254 Cases in the United States District Courts) may be anticipated.

_____
Milton I. Shadur
Senior United States District Judge

Date:  May 25, 2016