IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ex rel.<br>**ANTHONY DINGUS** (#R-44941),<br><br>                Petitioner,<br><br>      v.<br><br>**JEFF HUTCHINSON**, Warden,<br><br>                Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)    Case No. 16 C 1875<br>)<br>)<br>)<br>) |

## MEMORANDUM ORDER

Last year this Court issued a series of memorandum orders (respectively dated February 8, April 11, April 27, May 25, July 27 and December 6, 2016), as well as a lengthy memorandum opinion and order dated November 2, 2016 antedating the final December 6 memorandum order, all of them dealing with the 28 U.S.C. § 2254 ("Section 2254") pro se effort by state prisoner Anthony Dingus ("Dingus") to challenge his state court conviction on constitutional grounds. Because of the complexities posed by Dingus' petition and the responsive Answer filed by counsel for the respondent Warden, this Court caused a member of this District Court's outstanding federal defender program -- able criminal defense attorney John Beal -- to file a reply to the respondent Warden's Answer to the petition, a chore that was obviously outside of the range of Dingus' pro se ability.

Dingus has appealed from this Court's ultimate rejection of his Section 2254 petition, and that appeal is pending before our Court of Appeals. Meanwhile attorney Beal prepared and tendered a request for fees dated December 12, 2016 -- but for some reason no copy of that

Criminal Justice Act request was ever transmitted to this Court's chambers, so that it was totally unaware of its existence until last week, when it received an inquiry as to its ruling on the matter.

This Court has swiftly obtained a photocopy of the fee application and finds it to be entirely in order, so that it has signed an order approving the payment to attorney Beal of $193.50 for in-court compensation, $9,339.60 for out-of-court compensation and $410.76 in other expenses, for an aggregate award of $9,943.86. That award is within the maximum recommendation that may be authorized by a District Judge without the approval of the Chief Judge of the Court of Appeals.

_____
Milton I. Shadur
Senior United States District Judge

Date: April 10, 2017